IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FACET TECHNOLOGY CORP., | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HERE GLOBAL B.V., | ) |
| Defendant. | ) |

## PLAINTIFF'S CORPORATION DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Facet Technology Corp. declares that it is organized under the laws of the State of Minnesota with a principal place of business in Minnesota and has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: April 22, 2024

Respectfully submitted,

/s/ *Christopher E. Hanba*
Christopher E. Hanba
Texas Bar No. 24121391
chanba@dickinson-wright.com
Steven R. Daniels
Texas Bar No. 24025318
sdaniels@dickinson-wright.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@dickinson-wright.com

DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

        Ariana D. Pellegrino
        MI Bar No. P79104
        apellegrino@dickinsonwright.com
        DICKINSON WRIGHT PLLC
        2600 W. Big Beaver Road, Suite 300
        Troy, MI 48084
        Telephone: 313-223-3084
        Facsimile: (844) 670-6009

        *Attorneys for Plaintiff*
        *Facet Technology, Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on April 22, 2024, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

        */s/ Christopher E. Hanba*
        Christopher E. Hanba