# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FACET TECHNOLOGY CORP., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:24-cv-00269 |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMAND** |
| HERE GLOBAL B.V. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF RELATED CASES

Plaintiff Facet Technology Corp. respectfully files this Notice of Related Cases to inform the Court that the present case involves the infringement of patents in the following cases assigned to U.S. District Judge Robert W. Schroeder III in the Eastern District of Texas, Marshall Division:

1) *Facet Technology Corp. v. General Motors LLC*; Case No. 2:24-cv-00035, filed on January 22, 2024; and

2) *Facet Technology Corp. v. Mobileye Global, Inc.*; Case No. 2:24-cv-00058, filed on January 26, 2024.

The patents-in-suit in both cases are United States Patent Nos. 9,335,255 and 9,671,328.

Respectfully submitted,

Dated: April 23, 2024

*/s/ Christopher E. Hanba*
Christopher E. Hanba
Texas Bar No. 24121391
chanba@dickinson-wright.com
Steven R. Daniels
Texas Bar No. 24025318
sdaniels@dickinson-wright.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@dickinson-wright.com

DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

Ariana D. Pellegrino
MI Bar No. P79104
apellegrino@dickinsonwright.com
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084
Telephone:  313-223-3084
Facsimile: (844) 670-6009

*Attorneys for Plaintiff*
*Facet Technology, Corp.*